# EXHIBIT B

Registered Copyrights in the United States

| No. | Title | Copyright Number | Date |
|---|---|---|---|
| 1 | RWBY 1. | TX0009019557 | 2020 |
| 2 | RWBY 1. | TX0009019559 | 2021 |
| 3 | RWBY 1 Variant Cover. | TX0008931814 | 2020 |
| 4 | RWBY 2. | TX0009019553 | 2020 |
| 5 | RWBY 2. | TX0009019554 | 2021 |
| 6 | RWBY 2 Variant Cover. | TX0008931702 | 2020 |
| 7 | RWBY 3. | TX0009019550 | 2020 |
| 8 | RWBY 3. | TX0009019551 | 2021 |
| 9 | RWBY 3. | TX0008931681 | 2020 |
| 10 | RWBY 4. | TX0009019548 | 2020 |
| 11 | RWBY 4. | TX0009019549 | 2021 |
| 12 | RWBY 4 Variant Cover. | TX0008931684 | 2020 |
| 13 | RWBY: After the Fall. | TX0008786117 | 2019 |
| 14 | RWBY Before the Dawn | TX0009012686 | 2020 |
| 15 | RWBY Fairy Tales of Remnant. | TX0009251950 | 2020 |
| 16 | RWBY Roman Holiday. | TX0009110120 | 2021 |
| 17 | RWBY Volume 1. | PA0001964325 | 2015 |
| 18 | RWBY Volume 2. | PA0001964326 | 2015 |
| 19 | RWBY Volume 3. | PA0002041573 | 2016 |