**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIZ MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-12726 <br><br> Hon. Lindsay C. Jenkins |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), VIZ Media, LLC ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 3 | Asheng stop |
| 5 | BHTCD |
| 6 | BJ Home Decoration Shop |
| 7 | CanvasWallCraft |
| 19 | HBSWUI Store |
| 63 | 360days-animeworld |
| 64 | crazyneko-911 |
| 68 | djia_677 |
| 73 | lzgshop |
| 74 | mg_animecosmdse |
| 75 | misse0116 |
| 77 | tof669 |
| 79 | woow-poster |
| 91 | International Anime Dakimakura Pillow Cover Market Place |
| 97 | Sakume |
| 115 | Dreamblankets |
| 119 | HappyWe |
| 121 | Hibiccus Camellia |
| 149 | Suil |
| 151 | TEMUCJ |
| 161 | Yohi DE |

| DOE | Name |
|-----|------|
| 162 | ZIFAN ART |
| 163 | ZXZ Craft |
| 168 | Harmony Fashion |
| 170 | HouYuLongWireless |

Dated: February 13, 2025                                Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com