# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIZ Media, LLC, | |
| Plaintiff, | Case No. 24-cv-12726 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Lindsay C. Jenkins |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Pursuant to Federal Rules of Civil Procedure 55, Plaintiff, VIZ Media, LLC ("Plaintiff"), by and through its attorneys, Aronberg Goldgehn Davis & Garmisa, respectfully moves for an entry of default and default judgment against the Defendants identified on Schedule A attached hereto. A Memorandum of Law in Support is filed concurrently with this Motion.


Dated: February 13, 2025                Respectfully submitted,

                                        */s/ Sofia Quezada Hastings*

                                        Sofia Quezada Hastings (shastings@agdglaw.com)
                                        ARONBERG GOLDGEHN DAVIS & GARMISA
                                        225 W. Washington St. Suite 2800
                                        Chicago, IL 60606
                                        312-755-3139

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties.

Dated: February 13, 2025                                     Respectfully submitted,


                                                             By: */s/ Sofia Quezada Hastings*
                                                             *One of the Attorneys for Plaintiff*


4864-8033-1919, v. 1