IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIZ Media, LLC, | | |
| Plaintiff, | | Case No. 24-cv-12726 |
| v. | | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | | Hon. Lindsay C. Jenkins |
| Defendants. | | |

## **DEFAULT SCHEDULE A**

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 1 | Wuhan 60 Degree Animation Products Co., Ltd. | 60dudongman.en.alibaba.com/index.html? |
| 2 | LiHongMin32 | amazon.com/sp?seller=ALCHX0DB420LK |
| 3 | Dismissed | |
| 4 | Bai Wenyou | amazon.com/sp?seller=A2PN9MI26SF0O5 |
| 5 | Dismissed | |
| 6 | Dismissed | |
| 7 | Dismissed | |
| 8 | Duguangsui | amazon.com/sp?seller=A2DPU6P0NE3HIZ |
| 9 | Fanfbfff | amazon.com/sp?seller=AD5MZRUZJPKTZ |
| 10 | Gelan Fashion | amazon.com/sp?seller=A1F7LU5KYBOD11 |
| 11 | gfaonipP | amazon.com/sp?seller=A2TZT3U8Z6DLFC |
| 12 | GO2COSY | amazon.com/sp?seller=A1W0B8WTKIMP1S |
| 13 | Griuzo | amazon.com/sp?seller=A31946EAXZ9PEG |
| 14 | Guangzhou jing wei shangmao shanghang | amazon.com/sp?seller=A2Z5PZRAOQWNTY |
| 15 | guangzhoubiwenmaoyishanghanggerenduzi | amazon.com/sp?seller=A13AIIJDABNNAW |
| 16 | guangzhouchenmingchaoshangmaoshanghanggerenduzi | amazon.com/sp?seller=A35MBGZ5C6RDVS |
| 17 | guangzhoulidipengbaihuoshanghanggerenduzi | amazon.com/sp?seller=A1SJYS2VTESLCG |
| 18 | guangzhousumochenshangmaoshanghanggerenduzi | amazon.com/sp?seller=A18KO9SUGJIFJP |
| 19 | Dismissed | |
| 20 | Hongdingqwuqn | amazon.com/sp?seller=A3THFVIFNZPO6E |
| 21 | HuaChiXianBaiLiXiangJiaoCuFang | amazon.com/sp?seller=A2AO9DZ1XZISKB |
| 22 | ISaikoy | amazon.com/sp?seller=A13BO8ZZQUATO2 |
| 23 | JINSUI baihuo | amazon.com/sp?seller=A20SF051Y6O3JN |
| 24 | Kenotu | amazon.com/sp?seller=AW8V8MAWR1JA2 |
| 25 | li Weifeng | amazon.com/sp?seller=A2BLCJ2XGM58GH |
| 26 | li zhi guo | amazon.com/sp?seller=APZ1NYJ8L6VSE |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 27 | lintao123 | amazon.com/sp?seller=A23HUR41T1I43V |
| 28 | liqi posters | amazon.com/sp?seller=A34RNPVPKDM4MJ |
| 29 | liqingyuhaibao | amazon.com/sp?seller=A10J0NQ6AJPU4V |
| 30 | Liu Congc | amazon.com/sp?seller=A2IC91OS90M476 |
| 31 | Liu Mingl | amazon.com/sp?seller=A2PD1WWNTS54UA |
| 32 | Luo Yanz | amazon.com/sp?seller=A2VBDVHUOU7G82 |
| 33 | Mintaiyao | amazon.com/sp?seller=A12P9TUC7AD2IL |
| 34 | Mohaiyu | amazon.com/sp?seller=A1GCDUX3OIE5V6 |
| 35 | pu tian li cheng sheng yao yang mao yi you xian go | amazon.com/sp?seller=AASJL24WLM36X |
| 36 | qinhuangdaohuancaoshangmaoyouxiangongsi | amazon.com/sp?seller=AM9VV0PJOO8PK |
| 37 | SongFang baihuo | amazon.com/sp?seller=A48BD3K0QHR0A |
| 38 | Sunyuliang | amazon.com/sp?seller=A1AYK7QQ6QHD01 |
| 39 | Taofeite | amazon.com/sp?seller=A2YXD8FW3GSJQ6 |
| 40 | US BubbleTea | amazon.com/sp?seller=A3EZ54P3G99651 |
| 41 | wangfuming | amazon.com/sp?seller=A27UKOTUGYNN4R |
| 42 | wangjingh S | amazon.com/sp?seller=A3T6C1HFGI8TI |
| 43 | wangyanxiong | amazon.com/sp?seller=A2HEH3ZAKQ225U |
| 44 | Wangyunfeng | amazon.com/sp?seller=A2X98VUNZPUG2B |
| 45 | wengchunn | amazon.com/sp?seller=A3PA575OYX6WZX |
| 46 | Wnagyuyun | amazon.com/sp?seller=A332ZWWUU8BX97 |
| 47 | Wuweijiejie | amazon.com/sp?seller=A2Z6I5V4JJLQCB |
| 48 | wuyuanfanggongsi | amazon.com/sp?seller=A1MBYV2JGGEPM0 |
| 49 | XIAOG Art Poster | amazon.com/sp?seller=A2XMQJOWHZYAQ5 |
| 50 | YHPaster | amazon.com/sp?seller=A30N1G0RJ6QXK7 |
| 51 | yongjishizhaoxiangkejiyouxiangongsi | amazon.com/sp?seller=A3NXZ6BP53DDA |
| 52 | YouRui Business | amazon.com/sp?seller=A3SDU4FUHH8MJF |
| 53 | Yuwenqiaoqiao | amazon.com/sp?seller=ANI67V1R2MZKC |
| 54 | zhangjindonghaibao | amazon.com/sp?seller=A3HBGNC84FRG4O |
| 55 | zhangjunhaibao | amazon.com/sp?seller=A3T8ZFJQBC1OLS |
| 56 | zhanglu%……GGGG01 | amazon.com/sp?seller=ABOUZ4CIF6WDN |
| 57 | ZhangXiaolan Art | amazon.com/sp?seller=AALVVOECZYE2Z |
| 58 | zhengsuedianpu | amazon.com/sp?seller=A2I4JKTVA8D6IK |
| 59 | zhurongpingposter | amazon.com/sp?seller=A306FYVOW7VALI |
| 60 | zlnida | amazon.com/sp?seller=A3A999MZDUFIDE |
| 61 | zzniubi | amazon.com/sp?seller=A3RZJ6CTIVTYG |
| 62 | 陈祈祺 | amazon.com/sp?seller=A287U148MV50NA |
| 63 | Dismissed | |
| 64 | Dismissed | |
| 65 | Dismissed | |
| 66 | daryun | ebay.com/usr/daryun |
| 67 | dealwithagain | ebay.com/usr/dealwithagain |
| 68 | Dismissed | |
| 69 | followe | ebay.com/usr/followe |
| 70 | goodok101 | ebay.com/str/goodok101 |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 71 | Dismissed | |
| 72 | kikianime | ebay.com/usr/kikianime |
| 73 | Dismissed | |
| 74 | Dismissed | |
| 75 | Dismissed | |
| 76 | ozella-15 | ebay.com/usr/ozella-15 |
| 77 | Dismissed | |
| 78 | wenzi998 | ebay.com/str/wenzi966 |
| 79 | Dismissed | |
| 80 | Anime House | animehouse.com/ |
| 81 | AnimeBodyPillow | anime-body-pillow.com |
| 82 | AnimeDakimakuraPillow | animedakimakurapillow.com |
| 83 | animedeskmat | animedeskmat.com/ |
| 84 | animelovepillow | animelovepillow.com |
| 85 | Bodypillowanime | bodypillowanime.com/ |
| 86 | Boutique chic spot | boutiquechicspot.com |
| 87 | custombodypillow | custombodypillow.com |
| 88 | dakimakura | dakimakura.online/ |
| 89 | DORISTINO | doristino.com/ |
| 90 | geekzmerch | geekzmerch.com/ |
| 91 | Dismissed | |
| 92 | Maltytown | maltytown.com/ |
| 93 | MITGARD STUDIO SAC | mitgardreams.com/ |
| 94 | My Hot posters | myhotposters.com/ |
| 95 | Nuu Shirtz | nuushirtz.com/ |
| 96 | OtakuPlan | otakuplan.com/ |
| 97 | Dismissed | |
| 98 | TeeHex | teehex.com/ |
| 99 | TeeShirtSherpa | teeshirtsherpa.com/ |
| 100 | Themazicc | themazicc.com |
| 101 | twentyonefox | twentyonefox.com/ |
| 102 | wearavenue | wearavenue.com |
| 103 | Yayatees7 | yayatees7.com/ |
| 104 | zenassan | zenassan.com/ |
| 105 | A beautiful canvas house | temu.com/a-beautiful-canvas-house-m-634418218722393.html |
| 106 | Exception | |
| 107 | ABC Canvas | temu.com/-canvas-m-634418218869085.html |
| 108 | ATGFK | temu.com/atgfk-m-634418215580191.html |
| 109 | Bar decoration | temu.com/bar-decoration-m-634418211405459.html |
| 110 | booruii | temu.com/-m-634418218264201.html |
| 111 | Brandon Decoration | temu.com/-decoration-m-634418217764435.html |
| 112 | Burn Yourself | temu.com/burn-yourself-m-634418217323941.html |
| 113 | CCCFA | temu.com/cccfa-m-634418218672759.html |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 114 | DESPINAWMA | temu.com/---d-t--men---t--g-601099690306107.html |
| 115 | Dismissed | |
| 116 | EAUPO | temu.com/eaupo-m-634418219179797.html |
| 117 | EBZXC | temu.com/ebzxc-m-634418218351139.html |
| 118 | GuanGalleryCrafts | temu.com/guangallerycrafts-m-634418219400933.html |
| 119 | Dismissed | |
| 120 | HFHA | temu.com/hfha-m-634418215263279.html |
| 121 | Dismissed | |
| 122 | hwayp | temu.com/hwayp-m-634418218877328.html |
| 123 | hwbyp | temu.com/hwbyp-m-634418218883666.html |
| 124 | hwcyp | temu.com/hwcyp-m-634418218883790.html |
| 125 | hwdyp | temu.com/hwdyp-m-634418218883841.html |
| 126 | hweyp | temu.com/hweyp-m-634418218883886.html |
| 127 | hwfyp | temu.com/hwfyp-m-634418218883942.html |
| 128 | hwgyp | temu.com/hwgyp-m-634418218883982.html |
| 129 | hwhyp | temu.com/hwhyp-m-634418218884051.html |
| 130 | hwwyp | temu.com/hwwyp-m-634418218884113.html |
| 131 | JDUHB | temu.com/jduhb-m-634418218834768.html |
| 132 | LERAOTE | temu.com/-m-634418218720401.html |
| 133 | Love call | temu.com/love-call-m-634418219070287.html |
| 134 | Dismissed | |
| 135 | Exception | |
| 136 | Exception | |
| 137 | mfdaeal | temu.com/mfdaeal-m-634418218985098.html |
| 138 | mfdealb | temu.com/mfdealb-m-634418219022155.html |
| 139 | mfdeale | temu.com/mfdeale-m-634418219022649.html |
| 140 | mfdealf | temu.com/mfdealf-m-634418219022725.html |
| 141 | mfdealw | temu.com/mfdealw-m-634418219022917.html |
| 142 | MYUVPRINTED | temu.com/ph/myuvprinted-m-634418217729002.html |
| 143 | Oilblue xindianpu | temu.com/oilblue-xindianpu-m-634418217918345.html |
| 144 | QBUHB | temu.com/qbuhb-m-634418218835470.html |
| 145 | QIMI SX | temu.com/-sx-m-634418218886612.html |
| 146 | QJSDAAA | temu.com/qjsdaaa-m-634418219256413.html |
| 147 | Romantic canvas | temu.com/romantic-canvas-m-634418219105097.html |
| 148 | Exception | |
| 149 | Dismissed | |
| 150 | Exception | |
| 151 | Dismissed | |
| 152 | TEPP | temu.com/-m-634418215257841.html |
| 153 | Time Shift a | temu.com/-a-m-634418219078667.html |
| 154 | TOCAY SHOP | temu.com/tocay-shop-m-634418218268127.html |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 155 | TTZODEAH | temu.com/ttzodeah-m-634418218742014.html |
| 156 | Unique Decorate | temu.com/unique-decorate-m-634418218180531.html |
| 157 | WANGXIANGFA | temu.com/wangxiangfa-m-634418216687795.html |
| 158 | XAJKY | temu.com/xajky-m-634418219180250.html |
| 159 | XCJKY | temu.com/xcjky-m-634418219181739.html |
| 160 | YO Wall Decor | temu.com/yo-wall-decor-m-634418217297887.html |
| 161 | Dismissed | |
| 162 | Dismissed | |
| 163 | Dismissed | |
| 164 | ZZHIYUN | temu.com/-m-634418218721179.html |
| 165 | Bag King | walmart.com/global/seller/102491692 |
| 166 | Chaojidiao | walmart.com/global/seller/102506888 |
| 167 | Custom Fashion Store | walmart.com/global/seller/102499566 |
| 168 | Dismissed | |
| 169 | heioyi | walmart.com/global/seller/101671040 |
| 170 | Dismissed | |
| 171 | JunJie toys store | walmart.com/seller/102514887 |
| 172 | Qiu Leisure clothing | walmart.com/seller/101661848 |
| 173 | shishihao | walmart.com/global/seller/101626053 |
| 174 | TaJuSaSTORE | walmart.com/global/seller/102499885 |
| 175 | tianjinwangkunyunshangkeji | walmart.com/seller/102515679 |