IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIZ Media, LLC, | |
| Plaintiff, | Case No. 24-cv-12726 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Lindsay C. Jenkins |
| Defendants. | |

## DECLARATION OF SOFIA QUEZADA HASTINGS

1. My name is Sofia Quezada Hastings.

2. I am an attorney at the law firm of Aronberg Goldgehn Davis & Garmisa. I am duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts; and, if called as a witness, I could and would competently testify as follow:

3. I hereby certify that the Defaulting Defendants as defined in the accompanying Memorandum have failed to plead or otherwise defend this action within the allotted time and answer period, in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

4. My law firm investigated the infringing activities of the Defaulting Defendants, and sought discovery of contact information for all Defaulting Defendants. Our investigation confirmed that the Defaulting Defendants are primarily domiciled outside of the United States. As

such, I am informed and believe that the Defaulting Defendants are not active duty members of the U.S. armed forces.

      I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2025                                /s/ *Sofia Quezada Hastings*
                                                                  Sofia Quezada Hastings