# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIZ MEDIA, LLC, | |
| Plaintiff, | |
| v. | Case No. 24-cv-12726 |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Lindsay C. Jenkins |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), VIZ Media, LLC ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 10 | Gelan Fashion |
| 21 | HuaChiXianBaiLiXiangJiaoCuFang |
| 26 | li zhi guo |
| 49 | XIAOG Art Poster |
| 110 | booruii |
| 157 | WANGXIANGFA |

Dated: February 14, 2025

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com