**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIZ Media, LLC<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 24-cv-12726<br><br>Hon. Lindsay C. Jenkins |

## **DECLARATION OF SOFIA QUEZADA HASTINGS**

I, Sofia Quezada Hastings, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff, VIZ Media, LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On February 14, 2025 the Court entered a Minute Entry directing Plaintiff to serve that Minute Entry upon Defendants within one business day. Dkt. 35.

3. The undersigned served upon the Defendants the Minute Entry entered by this Court, Docket Number 35 via their email addresses on February 14, 2025.

Dated: February 14, 2025             /s/ *Sofia Quezada Hastings*