**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **VIZ MEDIA, LLC,** | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-12726 |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Hon. Lindsay C. Jenkins |
| Defendants. | |

## DECLARATION

I, ____Yanqin Zhou_____, *sui juis*, Declarant, corporate representative of the defendant, Lucky Cool Clothes in the above-styled case, hereby declare based on my personal knowledge and state as follows:

1.      I am the corporate representative of the defendant Lucky Cool Clothes ("Defendant") in the instant case.

2.      I have reviewed the sales data from Temu for the accused products and the number of gross sales.

3.      Defendant's gross sales of the accused product are $___20.66____. The sales data has been provided to Plaintiff and Plaintiff also has the sales data from Temu.

4.      The fund restrained in the account of Defendant by the Temporary Restraining Order and Preliminary Injunction is $___3008.22_____.

5.      Currently, all proceeds of the products sold in Defendant storefront are and will

be frozen, including those from products that have not been accused. This has caused substantial disruption to my business operation.

**I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.**

Executed on February 14, 2025, in ___Quanzhou, China___

Declarant: _Yanqin zhou_ (signature)

Print Name: Yanqin Zhou

Date: 2/14/2025