IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIZ MEDIA, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-12726 |
| | ) |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A, | ) Honorable Lindsay C. Jenkins |
| | ) |
| Defendants. | ) |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the the Judge Lindsay C. Jenkins's procedure for motions, the parties are required to confer prior to the filing of all motions and, if possible, include an agreed-upon briefing schedule.

On February 14, 2025, I sent the motion draft and proposed briefing schedule to Plaintiff's counsel, requesting feedback on the motion. On February 17 (CST), I followed up twice on the proposed briefing schedule, but Plaintiff's counsel only responded with a revised settlement offer. As of the time of this filing, Plaintiff's counsel has not responded to either the motion draft or the proposed schedule.

Therefore, I respectfully propose the following briefing schedule:

- Plaintiff's response due by **February 21, 2025**.
- Defendants' reply due by **February 24, 2025**.

Under the Judge's procedure, motions related to preliminary injunctive relief allow the parties seven days to respond or reply, if permitted. Accordingly, I believe that the proposed

schedule provides a fair and reasonable opportunity for the Plaintiff to respond, with no fewer than seven days.

If Plaintiff's counsel has any objections to this proposed schedule, I would respectfully request the Court determine the appropriate briefing schedule.

Dated February 18, 2025 Respectfully submitted,

/s/ *Qin Zhuang*
Qin Zhuang
Beijing Yunting Law Firm
16-18th Floor, Ruisai Building
126 Jianguo Road, Chaoyang
Beijing, PRC 100022
0086-155-1009-0593
zhuangqin@yuntinglaw.com

**Counsel for Defendants**