## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

VIZ Media, LLC

                Plaintiff,

v.

Case No.: 1:24−cv−12726

Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motions to dissolve the TRO by Defendants A unique pattern, Lucky Cool Clothes, Mens customized pattern, Special pattern customization, Super personalized clothes is due by February 26, 2025 and Defendants' reply is due by March 3, 2025 (which is a modified briefing schedule). The motion to set a briefing schedule [39] is granted. Plaintiff shall submit a revised proposed default judgment order to the Court's PO Box by February 24, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.