**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VIZ MEDIA, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-12726 |
| | ) |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A, | ) Honorable Lindsay C. Jenkins |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO WITHDRAW MOTION TO DISSOLVE PRELIMINARY INJUNCTION

Defendants, Defendant No. 106 A Unique Pattern, Defendant No. 135 Lucky Cool Clothes, Defendant No. 136 Mens Customized Pattern, Defendant No. 148 Special Pattern Customization, and Defendant No. 150 Super Personalized Clothes, by and through their undersigned counsel, filed the Motion to Dissolve the Preliminary Injunction on 02/18/2025 [Dkt 38], and now respectfully submit this Motion to Withdraw that Motion.

The parties have reached a settlement agreement and Plaintiff has filed the Notice of Dismissal [Dkt. 42], pursuant to the settlement agreement in this matter. As a result, the issues raised in the motion to dissolve the preliminary injunction are now moot.

As no further action is required regarding the motion, Defendants respectfully request that the Court grant the withdrawal of the motion and deem it moot in light of the settlement.

Dated February 25, 2025                              Respectfully submitted,

                                                      /s/ *Qin Zhuang*
                                                      Qin Zhuang
                                                      Beijing Yunting Law Firm
                                                      16-18th Floor, Ruisai Building
                                                      126 Jianguo Road, Chaoyang
                                                      Beijing, PRC 100022
                                                      0086-155-1009-0593
                                                      zhuangqin@yuntinglaw.com

                                                      ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

On February 25, 2025, I filed the foregoing document with the clerk of Court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of said filing to all counsel of record.

/s/ *Qin Zhuang*

Qin Zhuang