# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

VIZ Media, LLC

          Plaintiff,

v.

          Case No.: 1:24−cv−12726

          Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff has filed a voluntary dismissal as to Defendants A unique pattern, Lucky Cool Clothes, Mens customized pattern, Special pattern customization, Super personalized clothes, so the motion to dismiss by these Defendants is denied as moot [38]. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.