IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIZ Media, LLC, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-12726 <br><br> Judge Lindsay C. Jenkins |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff VIZ Media, LLC ("RWBY") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and RWBY having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; RWBY having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and none of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, RWBY has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of RWBY's federally registered trademarks (the "RWBY Trademarks") and infringing versions of RWBY's federally registered copyrights (the "RWBY Copyrights") (collectively, the "RWBY IP") to residents of Illinois. In this case, RWBY has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the RWBY IP. *See* Docket No. 9, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the RWBY IP.

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), copyright infringement (17 U.S.C. § 501), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that RWBY's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the RWBY IP or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine RWBY product or not authorized by RWBY to be sold in connection with the RWBY IP;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine RWBY product or any other product produced by RWBY, that is not RWBY's or not produced under the authorization, control, or supervision of RWBY and approved by RWBY for sale under the RWBY IP;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of RWBY, or are sponsored by, approved by, or otherwise connected with RWBY; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for RWBY, nor authorized by RWBY to be sold or offered for sale, and which bear any of RWBY's trademarks, including the RWBY IP, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy

      Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at RWBY's choosing:

    a. transfer the Defendant Domain Names to RWBY's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of RWBY's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of RWBY's selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

      a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the RWBY IP; and

      b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the RWBY IP or any reproductions, counterfeit copies or colorable imitations thereof that is

        not a genuine RWBY product or not authorized by RWBY to be sold in connection with the RWBY IP.

4. Upon RWBY's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the RWBY IP.

5. Pursuant to 15 U.S.C. § 1117(c)(2), RWBY is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit RWBY Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Pursuant to 17 U.S.C. § 504(c)(2), RWBY is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of infringing RWBY Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

7. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

8. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to RWBY as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to RWBY the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

9. Until RWBY has recovered full payment of monies owed to it by any Defaulting Defendant, RWBY shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

10. In the event that RWBY identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, RWBY may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

11. The ten thousand dollar ($10,000) bond posted by RWBY is hereby released to RWBY or its counsel, Aronberg Goldgehn Davis & Garmisa (Attn: Sofia Quezada Hastings). The Clerk of the Court is directed to return the bond previously deposited, plus accrued interest, with the Clerk of the Court to RWBY or its counsel.

This is a Default Judgment.

Enter: 24-cv-12726

Dated: 2/25/2025

_____
Lindsay C. Jenkins
United States District Judge

**DEFAULT SCHEDULE A**

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 1 | Wuhan 60 Degree Animation Products Co., Ltd. | 60dudongman.en.alibaba.com/index.html? |
| 2 | LiHongMin32 | amazon.com/sp?seller=ALCHX0DB420LK |
| 3 | **Dismissed** | |
| 4 | Bai Wenyou | amazon.com/sp?seller=A2PN9MI26SF0O5 |
| 5 | **Dismissed** | |
| 6 | **Dismissed** | |
| 7 | **Dismissed** | |
| 8 | Duguangsui | amazon.com/sp?seller=A2DPU6P0NE3HIZ |
| 9 | Fanfbfff | amazon.com/sp?seller=AD5MZRUZJPKTZ |
| 10 | **Dismissed** | |
| 11 | gfaonipP | amazon.com/sp?seller=A2TZT3U8Z6DLFC |
| 12 | **Dismissed** | |
| 13 | Griuzo | amazon.com/sp?seller=A31946EAXZ9PEG |
| 14 | Guangzhou jing wei shangmao shanghang | amazon.com/sp?seller=A2Z5PZRAOQWNTY |
| 15 | guangzhoubiwenmaoyishanghanggerenduzi | amazon.com/sp?seller=A13AIIJDABNNAW |
| 16 | guangzhouchenmingchaoshangmaoshanghanggerenduzi | amazon.com/sp?seller=A35MBGZ5C6RDVS |
| 17 | guangzhoulidipengbaihuoshanghanggerenduzi | amazon.com/sp?seller=A1SJYS2VTESLCG |
| 18 | guangzhousumochenshangmaoshanghanggerenduzi | amazon.com/sp?seller=A18KO9SUGJIFJP |
| 19 | **Dismissed** | |
| 20 | Hongdingqwuqn | amazon.com/sp?seller=A3THFVIFNZPO6E |
| 21 | **Dismissed** | |
| 22 | **Dismissed** | |
| 23 | JINSUI baihuo | amazon.com/sp?seller=A20SF051Y6O3JN |
| 24 | Kenotu | amazon.com/sp?seller=AW8V8MAWR1JA2 |
| 25 | li Weifeng | amazon.com/sp?seller=A2BLCJ2XGM58GH |
| 26 | **Dismissed** | |
| 27 | lintao123 | amazon.com/sp?seller=A23HUR41T1I43V |
| 28 | liqi posters | amazon.com/sp?seller=A34RNPVPKDM4MJ |
| 29 | liqingyuhaibao | amazon.com/sp?seller=A10J0NQ6AJPU4V |
| 30 | Liu Congc | amazon.com/sp?seller=A2IC91OS90M476 |
| 31 | Liu Mingl | amazon.com/sp?seller=A2PD1WWNTS54UA |
| 32 | Luo Yanz | amazon.com/sp?seller=A2VBDVHUOU7G82 |
| 33 | Mintaiyao | amazon.com/sp?seller=A12P9TUC7AD2IL |
| 34 | Mohaiyu | amazon.com/sp?seller=A1GCDUX3OIE5V6 |
| 35 | pu tian li cheng sheng yao yang mao yi you xian go | amazon.com/sp?seller=AASJL24WLM36X |
| 36 | qinhuangdaohuancaoshangmaoyouxiangongsi | amazon.com/sp?seller=AM9VV0PJOO8PK |
| 37 | SongFang baihuo | amazon.com/sp?seller=A48BD3K0QHR0A |
| 38 | Sunyuliang | amazon.com/sp?seller=A1AYK7QQ6QHD01 |
| 39 | Taofeite | amazon.com/sp?seller=A2YXD8FW3GSJQ6 |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 40 | US BubbleTea | amazon.com/sp?seller=A3EZ54P3G99651 |
| 41 | wangfuming | amazon.com/sp?seller=A27UKOTUGYNN4R |
| 42 | wangjingh S | amazon.com/sp?seller=A3T6C1HFGI8TI |
| 43 | wangyanxiong | amazon.com/sp?seller=A2HEH3ZAKQ225U |
| 44 | Wangyunfeng | amazon.com/sp?seller=A2X98VUNZPUG2B |
| 45 | wengchunn | amazon.com/sp?seller=A3PA575OYX6WZX |
| 46 | Wnagyuyun | amazon.com/sp?seller=A332ZWWUU8BX97 |
| 47 | Wuweijiejie | amazon.com/sp?seller=A2Z6I5V4JJLQCB |
| 48 | wuyuanfanggongsi | amazon.com/sp?seller=A1MBYV2JGGEPM0 |
| 49 | **Dismissed** | |
| 50 | YHPaster | amazon.com/sp?seller=A30N1G0RJ6QXK7 |
| 51 | yongjishizhaoxiangkejiyouxiangongsi | amazon.com/sp?seller=A3NXZ6BP53DDA |
| 52 | YouRui Business | amazon.com/sp?seller=A3SDU4FUHH8MJF |
| 53 | Yuwenqiaoqiao | amazon.com/sp?seller=ANI67V1R2MZKC |
| 54 | zhangjindonghaibao | amazon.com/sp?seller=A3HBGNC84FRG4O |
| 55 | zhangjunhaibao | amazon.com/sp?seller=A3T8ZFJQBC1OLS |
| 56 | zhanglu%……GGGG01 | amazon.com/sp?seller=ABOUZ4CIF6WDN |
| 57 | ZhangXiaolan Art | amazon.com/sp?seller=AALVVOECZYE2Z |
| 58 | zhengsuedianpu | amazon.com/sp?seller=A2I4JKTVA8D6IK |
| 59 | zhurongpingposter | amazon.com/sp?seller=A306FYVOW7VALI |
| 60 | zlnida | amazon.com/sp?seller=A3A999MZDUFIDE |
| 61 | zzniubi | amazon.com/sp?seller=A3RZJ6CTIVTYG |
| 62 | 陈祈祺 | amazon.com/sp?seller=A287U148MV50NA |
| 63 | **Dismissed** | |
| 64 | **Dismissed** | |
| 65 | **Dismissed** | |
| 66 | daryun | ebay.com/usr/daryun |
| 67 | dealwithagain | ebay.com/usr/dealwithagain |
| 68 | **Dismissed** | |
| 69 | followe | ebay.com/usr/followe |
| 70 | goodok101 | ebay.com/str/goodok101 |
| 71 | **Dismissed** | |
| 72 | kikianime | ebay.com/usr/kikianime |
| 73 | **Dismissed** | |
| 74 | **Dismissed** | |
| 75 | **Dismissed** | |
| 76 | ozella-15 | ebay.com/usr/ozella-15 |
| 77 | **Dismissed** | |
| 78 | wenzi998 | ebay.com/str/wenzi966 |
| 79 | **Dismissed** | |
| 80 | Anime House | animehouse.com/ |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 81 | AnimeBodyPillow | anime-body-pillow.com |
| 82 | AnimeDakimakuraPillow | animedakimakurapillow.com |
| 83 | animedeskmat | animedeskmat.com/ |
| 84 | animelovepillow | animelovepillow.com |
| 85 | Bodypillowanime | bodypillowanime.com/ |
| 86 | Boutique chic spot | boutiquechicspot.com |
| 87 | custombodypillow | custombodypillow.com |
| 88 | dakimakura | dakimakura.online/ |
| 89 | DORISTINO | doristino.com/ |
| 90 | geekzmerch | geekzmerch.com/ |
| 91 | **Dismissed** | |
| 92 | Maltytown | maltytown.com/ |
| 93 | MITGARD STUDIO SAC | mitgardreams.com/ |
| 94 | My Hot posters | myhotposters.com/ |
| 95 | Nuu Shirtz | nuushirtz.com/ |
| 96 | OtakuPlan | otakuplan.com/ |
| 97 | **Dismissed** | |
| 98 | TeeHex | teehex.com/ |
| 99 | TeeShirtSherpa | teeshirtsherpa.com/ |
| 100 | Themazicc | themazicc.com |
| 101 | twentyonefox | twentyonefox.com/ |
| 102 | wearavenue | wearavenue.com |
| 103 | Yayatees7 | yayatees7.com/ |
| 104 | zenassan | zenassan.com/ |
| 105 | A beautiful canvas house | temu.com/a-beautiful-canvas-house-m-634418218722393.html |
| 106 | **Dismissed** | |
| 107 | ABC Canvas | temu.com/-canvas-m-634418218869085.html |
| 108 | ATGFK | temu.com/atgfk-m-634418215580191.html |
| 109 | Bar decoration | temu.com/bar-decoration-m-634418211405459.html |
| 110 | **Dismissed** | |
| 111 | Brandon Decoration | temu.com/-decoration-m-634418217764435.html |
| 112 | Burn Yourself | temu.com/burn-yourself-m-634418217323941.html |
| 113 | CCCFA | temu.com/cccfa-m-634418218672759.html |
| 114 | DESPINAWMA | temu.com/---d-t--men---t--g-601099690306107.html |
| 115 | **Dismissed** | |
| 116 | EAUPO | temu.com/eaupo-m-634418219179797.html |
| 117 | EBZXC | temu.com/ebzxc-m-634418218351139.html |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 118 | GuanGalleryCrafts | temu.com/guangallerycrafts-m-634418219400933.html |
| 119 | **Dismissed** | |
| 120 | HFHA | temu.com/hfha-m-634418215263279.html |
| 121 | **Dismissed** | |
| 122 | hwayp | temu.com/hwayp-m-634418218877328.html |
| 123 | hwbyp | temu.com/hwbyp-m-634418218883666.html |
| 124 | hwcyp | temu.com/hwcyp-m-634418218883790.html |
| 125 | hwdyp | temu.com/hwdyp-m-634418218883841.html |
| 126 | hweyp | temu.com/hweyp-m-634418218883886.html |
| 127 | hwfyp | temu.com/hwfyp-m-634418218883942.html |
| 128 | hwgyp | temu.com/hwgyp-m-634418218883982.html |
| 129 | hwhyp | temu.com/hwhyp-m-634418218884051.html |
| 130 | hwwyp | temu.com/hwwyp-m-634418218884113.html |
| 131 | JDUHB | temu.com/jduhb-m-634418218834768.html |
| 132 | LERAOTE | temu.com/-m-634418218720401.html |
| 133 | Love call | temu.com/love-call-m-634418219070287.html |
| 134 | **Dismissed** | |
| 135 | **Dismissed** | |
| 136 | **Dismissed** | |
| 137 | mfdaeal | temu.com/mfdaeal-m-634418218985098.html |
| 138 | mfdealb | temu.com/mfdealb-m-634418219022155.html |
| 139 | mfdeale | temu.com/mfdeale-m-634418219022649.html |
| 140 | mfdealf | temu.com/mfdealf-m-634418219022725.html |
| 141 | mfdealw | temu.com/mfdealw-m-634418219022917.html |
| 142 | MYUVPRINTED | temu.com/ph/myuvprinted-m-634418217729002.html |
| 143 | Oilblue xindianpu | temu.com/oilblue-xindianpu-m-634418217918345.html |
| 144 | QBUHB | temu.com/qbuhb-m-634418218835470.html |
| 145 | QIMI SX | temu.com/-sx-m-634418218886612.html |
| 146 | QJSDAAA | temu.com/qjsdaaa-m-634418219256413.html |
| 147 | Romantic canvas | temu.com/romantic-canvas-m-634418219105097.html |
| 148 | **Dismissed** | |
| 149 | **Dismissed** | |
| 150 | **Dismissed** | |
| 151 | **Dismissed** | |
| 152 | TEPP | temu.com/-m-634418215257841.html |
| 153 | Time Shift a | temu.com/-a-m-634418219078667.html |
| 154 | TOCAY SHOP | temu.com/tocay-shop-m-634418218268127.html |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 155 | TTZODEAH | temu.com/ttzodeah-m-634418218742014.html |
| 156 | Unique Decorate | temu.com/unique-decorate-m-634418218180531.html |
| 157 | **Dismissed** | |
| 158 | XAJKY | temu.com/xajky-m-634418219180250.html |
| 159 | XCJKY | temu.com/xcjky-m-634418219181739.html |
| 160 | YO Wall Decor | temu.com/yo-wall-decor-m-634418217297887.html |
| 161 | **Dismissed** | |
| 162 | **Dismissed** | |
| 163 | **Dismissed** | |
| 164 | ZZHIYUN | temu.com/-m-634418218721179.html |
| 165 | **Dismissed** | |
| 166 | Chaojidiao | walmart.com/global/seller/102506888 |
| 167 | Custom Fashion Store | walmart.com/global/seller/102499566 |
| 168 | **Dismissed** | |
| 169 | **Dismissed** | |
| 170 | **Dismissed** | |
| 171 | JunJie toys store | walmart.com/seller/102514887 |
| 172 | Qiu Leisure clothing | walmart.com/seller/101661848 |
| 173 | **Dismissed** | |
| 174 | TaJuSaSTORE | walmart.com/global/seller/102499885 |
| 175 | tianjinwangkunyunshangkeji | walmart.com/seller/102515679 |

4893-1312-6543, v. 2